In The United States District Court
For The Southern District of Texas
Houston Division

Laurence Edward Thompson,
                Movant,

V.                                          Civil Action No. _____

Dr. Lanette Linthicum, M.D.
                Respondents.


## Motion For Leave To Proceed In Forma Pauperis

To The Honorable Judge Lee H. Rosenthal:

Comes Now Laurence Edward Thompson, Movant, Pro se, in the above-entitled and numbered civil action, and pursuant to 28 U.S.C. § 1915(a), Files This Motion For Leave to Proceed In Forma Pauperis, And would show the Court as follows:

Movant is a Prisoner who has Been determined to have the three-strikes Provision of 28 U.S.C. § 1915(g) Applied to. Those three civil Actions Are: Thompson v. Hammers, No. 9: 93-cv-078 (E.D. Tex. 2000); Thompson v. Kyle, No. 95-50233 (5th Cir. 1996); Thompson v. Collins, No. 4:93-cv-2004 (S.D. Tex. 1994). Movant Now submits the Below listed Facts in an effort to show he is in imminent danger of serious Physical injury by a denial of Adequate Medical care For Movant's serious Medical Needs.

1. In 2018 during Hurricane Harvey the Southeast Texas Transitional Facility And The Adjacent Business that transported hazardous chemicals was flooded exposing the inmates in the area to these hazardous chemicals. Movant was assigned to live at this TDCJ-sponsored halfway house. Movant was bitten or stung by these insects that created a bacterial infection.

2. Movant is a Vietnam-Era Veteran of the United States Army where Movant received all his Medical care and treatment from 2010 to 2020 at the Michael E. DeBakey Veterans Administration Medical Center in Houston, Texas. Movant sought Medical treatment for the bacterial infection and was driven antibiotics and the problem was cured.

3. On December 26, 2020, Movant was arrested and was taken to Ben Taub Hospital for emergency surgery for a broken Jaw. Movant is not sure if the Physicians at Ben Taub detected the bacterial infection in Movant's blood, but Movant saw evidence of it before Movant was transferred to the Harris County Jail.

4. In May 2021, Movant noticed the bacterial infection had come back in full force and sought treatment from the Medical staff at the Harris County Jail. However, before Movant could see a Physician, Movant was transferred to the Texas Department of Criminal Justice

4. Holliday Unit in Huntsville, Texas. This was May 27, 2021.

5. On June 9, 2021, Movant went to A Medical Appointment For the Intake Physical and was seen By L. Blair, A Nurse Practitioner. Movant complained of the Rash on Movant's Face And crotch. L. Blair gave Movant a clipper shave Pass and ordered Another Nurse to give Movant some small Packages of Hydrocortisone cream.

6. On June 15, 2021, Movant submitted Another sick call Request And was scheduled For Nurse's Sick Call on June 16, 2021. Movant went to this Appointment and Explained that Movant had A crawling, itching, and Burning sensation all over his Body, and the Rash in Movant's Face, And crotch. The Nurse Referred Movant to see the Provider.

7. On June 19, 2021, Movant went to A Medical Appointment Again with L. Blair. Movant Explained that Movant had this illness in 2018, which L. Blair disregarded And Prescribed Tinactin Antifungal cream for the Rash in Movant's crotch And Anal Area.

8. On June 22, 2021, Movant submitted Another sick call Request stating: "Still having Problems w/ Parasite". Movant went to Nurse's Sick Call on June 23, 2021. The Nurse Movant saw told Movant she would schedule Movant For Provider's sick call

9. On June 25, 2021, Movant submitted another sick call request stating: "Still waiting to see Physician infection of Parasite. I'm itching and burning all over my body."

10. On June 28, 2021, Movant submitted another sick call request stating: "Problems w/ Parasite, Rash, itching, & Burning. Need some Anti Biotics."

11. On June 30, 2021, Movant went to a Medical lay-in and was seen by L. Blair again. L. Blair asked Movant what was Movant's problem was. Movant then informed L. Blair that had been infected with a Parasite while living a Southeast Texas Transitional Facility By insects that had been exposed to hazardous chemicals in 2018 and had been at the Houston Veterans Administration Medical Center. Movant explained that this Parasite was in my body causing a burning, itching, and a crawling sensation. Movant also explained that the Physician there gave Movant the Anti-Biotic: Clindamycin 150 mg twice a day to get rid of the Parasite. L. Blair then asked to see Movant's Medical degree. L. Blair then said she would give Movant some cream for the Rash in face and crotch. Movant then informed L. Blair that Movant had been using two types of cream they had in the clinic and neither had helped. L. Blair then held out Movant's lay-in Pass and told Movant to leave.

12. On June 30, 2021, After leaving the Medical Appointment. Movant submitted another sick call Request.

13. On July 1, 2021, Movant Filed Grievance #2021130084 complaining about the July 30, 2021, Medical Appointment with L. Blair. (See Exhibit A)

14. On July 6, 2021, Movant submitted another sick call Request stating: "Itching and Burning from Parasite. Rash in Face, Head, Underarms, and crotch.

15. On July 9, 2021, Movant submitted another sick call Request stating: "Still itching and Burning from parasite in My Body. Rash in My Face, head, crotch, and under my arms."

16. On July 15, 2021, Movant went to the clinic for a Provider's Sick Call Appointment with L. Blair. When Movant walked in her office, Movant handed her Movant lay-in pass and she looked Movant's sick call Request up on the computer. Once she Read Movant's sick call Request L. Blair told Movant to leave Because nothing was wrong with Movant. Movant tried to explain that Movant had Rash in his Beard and itching and Burning sensation all over Movant's Body. Movant then showed her the Rash in Movant's crotch and anal area. L. Blair again informed Movant some Tinactin cream. Movant informed L. Blair that she had given Movant this Medication two weeks

16. Also and it did not work. Movant also informed L. Blair that Movant was coughing up a black substance from Movant's lungs and was having a problem eating certain foods. L. Blair told Movant to leave.

17. On July 15, 2021, Movant submitted another sick call request after leaving the appointment with L. Blair stating: "To see another provider than L. Blair about the itching, burning, and crawling feelings, and the rash."

18. On July 16, 2021, Movant filed grievance #2021137274 about the appointment on July 15, 2021. (See Exhibit B).

19. On July 19, 2021, Movant submitted another sick call request stating: "Reschedule me for PSC for itching and burning sensation and rash in my head, face, crotch, and underarms."

20. On July 20, 2021, Movant wrote A. Cooling thinking she was the Medical Administrator and explained the symptoms Movant was having. Movant informed A. Cooling that Movant had this problem before and what the physician at the Veterans Administration Hospital had done, then requested to see another provider.

21. On July 20, 2021, Movant wrote Warden Brian Smith and explained his symptoms and informed Movant was trying to see another provider.

22. On July 21, 2021, Movant went to Nurse's Sick Call and explained what Movant's problem was. The Nurse that saw Movant took Movant to see Dr. Chen, who asked Movant to show him this so-called Rash but refused to look at Movant's face, head, or understanding. Then belligerently told Movant to pull down his pants, saw the rash on Movant's legs, and told the Nurse to give Movant Lotrimin cream. Then told Movant to leave.

23. On July 22, 2021, Movant submitted another Request to A Cooling Requesting the name and address of the persons in charge of TDCJ Correctional Managed Health At John Sealy.

24. On July 23, 2021, Movant Filed Grievance #2021-140953 concerning the appointment on July 21, 2021. (See Exhibit D).

25. On July 29, 2021, Movant submitted another sick call Request stating: "Still itching, Burning, And crawling sensation on skin; coughing up a Black substance, And a Rash."

27. On August 8, 2021, someone named J. Morgan, Sr. answered Movant's request of July 22, 2021 stating: "You were evaluated and treated appropriately."

28. On August 11, 2021, Movant again wrote A. Cooling informing her that Movant was still experiencing the same problems.

29. On August 12, 2021, J. Morgan, Sr, Practice Manager answered Grievance #2021130084 concerning the June 30, 2021, appointment with L. Blair stating: "Upon Review, you were examined and treated appropriately during you visit on 6-30-21. You May Follow up as needed." (See Exhibit A).

30. August 27, 2021, Movant was transferred from the Holliday Unit to the Allred Unit in Iowa Park, Texas.

31. On August 30, 2021, someone named: J. Morgan, Sr, Practice Manager answered Grievance #2021137127P concerning the July 15, 2021, appointment with L. Blair stating: "Upon Review, You were Evaluated and treated appropriately for your concerns on 7-15-21. You May Follow up upon Request." (See Exhibit B).

32. On September 7, 2021, someone named: J. Morgan, Sr, Practice Manager answered Grievance #2021140953 concerning the appointment on 7/21/21 with Dr. Cheh

32. Stating: "Upon Review, you were Examined and treated Appropriately By the Nurse on 7/21/21 and By the Medical director on 7/23/21, there was no indication of a condition which would warrant a Referral to HG at this time." (See Exhibit C).

33. On September 23, 2021, someone at Step II Medical Grievance Program, Office of Professional Standards, TDCJ Health Services Division Answered Grievance #2021130084 (See Exhibit A).

34. On September 30, 2021, Movant submitted a Sick Call Request at the Allred Unit stating: "I have a Bacterial infection that affects my Eyes, Ears, stomach, And causes a Rash in My Face And head. I've had this problem Before."

35. On October 7, 2021, Movant went to a Nurse's Sick Call Appointment and was seen By David Vaught. Movant informed this Nurse how Movant Became infected with the Bacterial infection the symptoms Movant was Experiencing, about having this illness Before, where Movant had gotten treatment and what the Physician had done Before. This Nurse disregarded everything Movant had said and told Movant the Rash in Movant's Beard and Moustache was from shaving. At that time Movant had a two inch growth on his Face. This Nurse informed Movant that Movant had to try Hydrocortizone cream Before he could Let Movant see a Provider. Movant then asked this Nurse had he Been Listening to Movant. Movant then

35. Asked this Nurse if Movant was supposed to eat this cream Because the crawling, itching, and burning sensations were internal. When this Nurse could not answer this question, Movant walked out the clinic without taking the cream.

36. On October 8, 2021, Movant wrote Kenyon Page, Medical Administrator, Allred Unit to inform him of the prob Movant was experiencing and of the incident the day before. Then requested an appointment with a Provider.

37. On October 13, 2021, Movant went to a Nurse's Sick Call appointment and was seen by Nurse Roberto Villapando. This Nurse looked at Movant's face standing at least three feet away from Movant, and told Movant he did not see a rash in Movant's face. This Nurse told Movant he would give Movant Hydrocortisone cream. Movant then asked this Nurse if Movant was supposed to eat this cream Because the problem was internal. This Nurse was not listening to Movant and Movant got up to leave. This Nurse then stated: "If you walk out, I'll say you refused treatment and not lay you in when you submit a Request for Medical treatment for something else." Movant left the Clinic.

38. On October 18, 2021, Movant wrote Dr. Lanette Linthicum, M.D., Director, TDCJ Health Services Division to inform her of the incident that occurred on October

38. 13, 2021, And the history of Movant's Medical Problem. Movant also informed her that Movant had a Medical Problem none of the Medical Personnel on the Hired Unit Probably never had seen. (See Exhibit D).

39. On October 16, 2021, Movant was Moved out of General Population to a Building called "Expansion Cellblock" Formerly Known as "High Security".

40. On November 10, 2021, Step 2 Grievance #2021-1140953 was answered. (See Exhibit C).

41. On November 15, 2021, Movant wrote Warden Jimmy S. Smith, stating: "I suffer with Asthma, Anemia Osteoporosis, And sinusitis. I can't take the cold Back And Must get some sunlight. There are no weights Back here And we do not get access to outside Re-creation." Please Move Me Back From Here. And there is only one Phone working." Movant received a Response From Assistant Warden C. Wolfrum stating: "You have a Heat score of D2. You have to Be in a cool Bed cell. Medical had you assigned here."

42. On November 16, 2021, Movant went to a Provider's Sick Call Appointment with Joseph M. Eastridge, NPC. Movant explained to Joseph M. Eastridge how Movant had Become infected with the Bacterial infection, where Movant had received treatment and what the Physicians at the Houston VA Hospital had done to stop this Medical Problem. Movant specifically

42. informed Joseph M. Eastridge of the Medical Problems Movant was suffering with: discoloration of the skin in Movant's face and head; Acute indigestion where Movant can't Eat Meat, Eggs, Peanut Butter and Applesauce without Belching, Farting, Vomiting, and diarrhea unexpectedly; A Rash all over my Body where I grow hair that I can shave off my face only to have it come Back when the hair grows Back; A crawling, Itching, And Burning sensation All over my Body; And it is Affecting My Eyesight and Breathing. Joseph M. Eastridge then Prescribed Movant the AntiBiotic Amoxicillin 500 mg For twice a day for ten days.

43. On November 17, 2021, Movant Filed Grievance #2022-0303563 concerning the heat score in Movant's Health Summary. Assistant Warden T. Hooper answered the same day. (See Exhibit E).

44. On November 22, 2021, Movant again wrote Warden Jimmy 99 Smith stating: "I suffer with Anemia And Osteo-Porosis. It is cold Back here and it is causing Me Pain. I did not complain About the heat and I'm Not heat sensitive. Please Move Me Back to Population or Transfer Me off the Unit." Movant Received A Response About A week later stating: "You do have A heat sensitivity score - Therefore Require housing in a cool Bed. You Are Appropriately Assigned in ECB." Signature unreadable.

45. On November 22, 2021, Movant wrote Kenyon Page, Medical Administrator, Allred Unit, stating: "I'm writing you

45. Again to inform you that I did not Request a Heat Restriction from My Medical Classification. I will write Dr. Linthicum About this problem Because it's cold Back here. This Affects My Anemia and osteoporosis which causes Me Pain. I need to be Moved Back into population.

46. On December 8, 2021, Movant wrote Dr. Lanette Linthicum, MD, Director, TDCJ Health Services Division to complain About Kellyon Page's Refusal to schedule Movant for An Appointment to Remove the Heat Score from Movant's Health Summary. (See Exhibit 4).

47. On December 8, 2021, Movant went to a Medical Appointment with a provider in the ECB clinic At 8:00am. Upon Arrival, Nurse Vivian Garcia Asked Movant for his Pass. When Movant Produced the pass. Nurse Garcia Allowed Officer Mildred G. Cetix to take Movant's pass and direct Movant to sit in the waiting Room. About 30 Minutes later, Movant was called out and Nurse Garcia took Movant's vital signs, and went Back in the waiting Room. At 10:00am, inmates with lay-ins started coming in, And they were called out For their Appointments. Before Movant. At 10:30am Movant went out the waiting Room to inform Nurse Garcia that Movant was still waiting For his Appointment And that Movant had A 10:15 am Law Library lay-in. Movant informed her she had two inmates with 10:00 am Appointments in Front of Movant. The First thing Nurse Garcia Asked Movant

47. "Was Where's Your Pass?" Movant informed Nurse Garcia that she had told Movant to give Movant's Pass to Officer Ortiz. Officer Ortiz then stated she could not find Movant's Pass. Nurse Garcia then informed Movant she fix Movant another Pass And that Movant would have to wait. Movant informed Nurse Garcia Movant was Already late For Movant's Law Library lay-in And left the clinic.

48. On December 14, 2021, Grievance #2021137274 was Answered. (See Exhibit B).

49. On December 23, 2021, Movant wrote Dr. Lanette Linthicum, M.D, Director, TDCJ Health Services Division about the Events of December 8, 2021. (See Exhibit F).

50. On January 4, 2022, Movant was scheduled for a Provider's Sick Call appointment with Joseph M. Eastridge From 10:00 am to 12:00 pm. Movant went to to the clinic For this appointment and went in the Waiting Room. About ten (10) minutes later the Officer came and told Movant that Movant would Be Rescheduled Joseph M. Eastridge Placed in Movant's Medical Records that Movant was a "No Show" and "do Not Reschedule order".

51. On February 7, 2022, Movant wrote Dr. Lanette Linthicum, M.D, Director, TDCJ Health Services Division. (See Exhibit G).

52. On February 14, 2022, Movant wrote Dr. Lanette Linthicum, M.D., Director, TDCJ Health Services Division about the Problems Movant was having obtaining adequate Medical care on the Allred Unit. (See Exhibit H).

53. On February 14, 2021, Movant wrote Kenyon Page, Medical Administrator, Allred Unit and Joseph M. Eastridge, NP: A Request stating: "These are the Problems I'm having from the Bacterial infection: discoloration of the skin in Movant's Face and head; Acute indigestion where I can't eat Meat, Peanut Butter, Eggs, and applesauce without Belching, Farting, Vomiting, and diarrhea unexpectedly; A Rash all over my Body where I grow hair that I can shave off my Face only to have it come Back when the hair Grows; A crawling, itching, and Burning sensation all over my Body; And it is affecting my eyesight and Breathing. The heat score is causing me to be housed in ECB where they never turn on the heat, which causes me to always Be cold. I'm anemic, have Rhinitis, osteoporosis, and asthma. I'm always in Pain Barely able to get out of Bed. Please see that I'm scheduled for an Appointment. Neither Person answered.

54. On February 23, 2021, Movant wrote Kenyon Page, Medical Administrator, Allred Unit stating: "The nurse I saw on 2/23/22 told me that Medical did not assign Heat Scores that TDCJ did. However, I have a Request from the Warden that states: "Medical had you assigned to ECB For a cool Bed." I suffer with anemia, asthma, osteoporosis, and sinusitis. They don't turn on the heat back here

54. I'm Always cold, And in Pain. Please Move Me From Back here." I don't NEED a cool Bed."

55. On February 25, 2022, Movant submitted a Request to Senior Warden Jimmy S. Smith; Tina Vitolo, Chief, Unit Classification; And Kelvon Page, Medical Administrator, stating: "Housing Me with and around these inmates that smoke and traffic in drugs constitutes a failure to Protect. My informing you of this And you doing Nothing constitutes deliberate indifference. Housing Me in violation of My serious Medical needs constitutes deliberate indifference. I'm Always cold Because I suffer with Anemia, And They NEVER turn on the heat. My osteoporosis, sinusitis, and Asthma Are Affected By the cold TEMPERATURE. I'm Always in Pain And Keep a head cold. I do Not have a heat sensitivity to where I NEED a cool Bed. I can deal with the heat. I'm Requesting You Move Me From FCB As soon As Possible." Neither of these officials Responded.

56. On March 2, 2022, Movant wrote Dr. Lanette Linthicum, M.D., Director, TDCJ Health Services Division concerning the Problems Movant was having Getting Adequate Medical care For Movant's serious Medical needs. (See Exhibit I).

55. On March 2, 2022, J. Bank, at TDCJ Central Grievance Office Answered Grievance # 2022130563 stating: "Your Step 2 Grievance has Been investigated By this office. You WERE Appropriately Advised At the Step 1 level. Your heat sensitivity score is comprised of Many different

55. "Factors that is calculated using a computer Algorithm. If you feel your restrictions are wrong, you can submit a request to Health Services to be Re-Evaluated. No further action is warranted at this time." (See Exhibit E).

56. On March 3, 2022, Movant submitted a Request for Law Library time on March 4, 2022. That evening Movant did not receive a lay-in for Law Library. Movant did get a lay-in for Provider's Sick Call from 7:30 am to 12:00 pm.

57. On March 4, 2022, Movant was called out of his cell at 11:00 A.M. for a Provider's Sick Call appointment that was scheduled from 7:30 am to 12:00 pm. Movant was seen by Dr. Martin Odal, MD, Correctional Physician. Movant explained that he had a Bacterial infection, how he became infected, and where Movant obtained treatment. Movant further explained that Movant had seen Joseph M. Eastridge on November 16, 2022, and he had Prescribed the AntiBiotic Amoxicillin 500 mg for twice a day for ten (10) days. Dr. Odal informed Movant he could not Prescribe that antiBiotic without knowing what Movant was infected with. Dr. Odal scrolled Back to September 2021 to Review Movant's Lab Results and said they were good. Movant then informed Dr. Odal that Joseph M. Eastridge had ordered Blood tests in November or early December to determine whether Movant was still infected with the Bacterial infection. Dr. Odal disregard-ed this and said again that the Lab Results in September 2021 did not show anything abnormal. Dr. Odal then

57. Asked Movant to show her the Rash Movant was complaining About. Movant then touched his face and head But informed Dr. Odal she could not see it. Dr. Odal then Rubbed Movant's face with Rubber Gloves on and she felt Nothing But hair. Movant then Raised his shirt and Nurse Garcia came in the Room. Dr. Odal Made a Big show out of Nurse Garcia touch Movant's Back and say she didn't Feel a Rash. Dr. Odal then stated she was going to order some urine samples to see if she could determine what was wrong with Movant. Movant then asked Dr. Odal about Removing the Heat Score from Movant's Health Summary. Dr. Odal informed Movant that the Heat Score was Assigned By TDCJ Because of a lawsuit and she could not Remove it.

58. On March 7, 2022, Movant wrote Dr. Lavette Linthicum, MD, Director, TDCJ Health Services Division to complain Again About Not Receiving Adequate Medical Care. (See Exhibit J).

59. On March 25, 2022, Movant Received a Response to Grievance #20220305163. (See Exhibit E).

60. On March 26, 2022, Movant wrote Keashon Page, Medical Administrator, Allred Unit to Request an Appointment with Dr. Odal to Remove the Heat Score From Movant's Health Summary. Movant did not Receive a Response or an Appointment.

61. On March 28, 2022, Movant was Moved From ECB to to 18-Building, T-Dorm, 64-Bunk.

62. On May 19, 2021, Movant had Blood drawn Allegedly to determine whether Movant had a Bacterial infection.

63. On May 19, 2022, Movant went to a Medical Appointment with Joseph M. Eastridge, NPC. Movant informed Joseph M. Eastridge Movant was there to Get the Prescription for the Antibiotic Amoxicillin Renewed. Joseph M. Eastridge Became Belligerent And stated: "Ain't nothing wrong with You, Get out of my treatment Room." Movant left without saying Anything.

64. On June 1, 2022, Movant wrote Kenyon Page, Medical Administrator, Allred Unit to informally Resolve the fact that Joseph M. Eastridge Refused to Prescribe the Antibiotic Amoxicillin 500 mg For the Bacterial infection Movant has.

65. On June 2, 2022, Joseph M. Eastridge Reinstated a Heat Score on Movant's Health Summary.

66. On June 3, 2022, Movant was Moved From 18-Building, T-Dorm, 64-Bunk Back to ECB, HCE-104.

67. On June 6, 2022, Movant Filed Grievance #2022107708 concerning Joseph M. Eastridge Reinstating the Heat Score on Movant's Health Summary in Violation of Movant serious Medical Needs.

68. On June 6, 2022, Movant wrote Tina Vitolo, Chief, Unit Classification, Allred Unit About Movant Being Moved to ECB violation of Movant's serious Medical Needs.

69. On June 8, 2022, Movant wrote Dr. Marcia Odol, ND, Correctional Physician concerning how Movant contracted the Bacterial infection, where Movant was treated, And the Medical Problems Movant was Experiencing. (See Exhibit K). Movant was not scheduled For an Appointment.

70. On June 9, 2022, Dr. Marcia Odol, ND, Correctional Physician Removed the Heat Score from Movant's Health Summary.

71. On June 14, 2022, Movant wrote Dr. Marcia Odol, ND, Correctional Physician stating: "You have the authority to change my Health Summary to Remove the Heat Score from my Health Summary without seeing Me, And to order the Necessary tests to detect the Bacterial infection, or to send Me where these tests can Be done. Do you have a legitimate Penological Reason For Not doing these? Your Refusal to Exert your authority constitutes a denial of Adequate Medical care And Treatment, And the intentional infliction of Unnecessary Pain and Suffering, As I have informed you twice in the last Ninety (90) days of how I contracted the Bacterial infection, the Medical Problems I suffer Because of it, And that Grievance #2022030503 instructed you to Change My Health Summary. Why

71. Haven't you done this before now? Both issues are serious Medical needs because I was treated for both at the Houston VA Hospital.

72. On June 15, 2022, Movant was moved out of ECB on the Allred Unit HSG-1D6B to 4-Building, 53-Cell.

73. On June 17, 2022, Movant received a response to the request we sent Tina Vitolo, Chief, Unit Classification, Allred Unit stating: "You were moved because you received a heat score on 6/02/22. It was removed on 6-09-22." (See Exhibit L).

74. On June 22, 2022, Assistant Warden T. Hooper answered grievance #2022114708 stating: "The investigation of this grievance is complete. You currently do not have a heat score. You are appropriately housed at this time. The appropriate Administrative Action has been taken to address this issue. This is for your information. No further action is warranted."

75. On July 12, 2022, Movant wrote Dr. Lanette Linthicum, MD. A certified letter #7015 0640 0007 7019 9087. Dr. Lanette Linthicum, Director, TDCJ Health Services Division did not return the card notifying Movant she received Movant's letter. This letter was concerning the bacterial infection. (See Exhibit M).

76. On September 26, 2022, Movant wrote Dr. Lanette

76. Linthicum, MD, Director, TDCJ Health Services Division is informed her Pursuant to Rule 8(a)(2)(c), Fed.R.App.P. that Movant was Filing A Motion For Temporary Restraining Order and Preliminary Injunction in the district court and naming her as a party.[1]

77. On October 20, 2022, Movant wrote Kenyon Page, Medical Administrator, Allred Unit to Request that Movant not Be scheduled to see Joseph M. Eastridge that Movant had Requested to see Dr. Otal.

78. On October 20, 2022, Movant was Moved Back to the Allred Unit ECB Because Joseph M. Eastridge again Reinstated a heat score in Movant's Health Summary.

79. On October 24, 2022, Movant Filed a Step 1 Grievance By Placing it in the locked Grievance Box on G-Pod of ECB. The Grievance Office on the Allred Unit Refused to File and Process this Grievance concerning Joseph M. Eastridge Placing a heat score on Movant's Health Summary in violation of Movant's serious Medical needs in Retaliation For Movant Refusing to Be treated By Joseph M. Eastridge.

80. On November 2, 2022, Movant wrote Tina Vitolo, Chief, Unit Classification, Allred Unit about Movant's serious Medical needs and Movant's housing assignment. (See Exhibit N).

[1] (See Exhibit N).

81. On November 9, 2022, Movant wrote Dr. Marcia Odal, MD, Correctional Physician about Removing the heat score from Movant's Health Summary, And about the Response from Grievance #2022030563. Dr. Odal Refused to schedule Movant an Appointment or Remove the Heat Score from Movant's Health Summary. (See Exhibit P).

82. On November 14, 2022, Movant again wrote Dr. Odal, M.D, Correctional Physician about Movant's sinus Problem and Removing the Heat Score from Movant's Health Summary. (See Exhibit Q).

83. On November 14, 2022, Movant wrote Dr. Odal, MD, Correctional Physician, Allred Unit stating: "Grievance #2022030-563 At step 2 stated in Pertinent Part: "... If you feel your Restrictions are wrong, you can submit a Request to Health Services to be Re-evaluated." This is dated 3/2/22. I'm Requesting that you delete/remove the Heat Score from My Health Summary Permanently. Immediately!!! The cold air conditioning temperatures in ECB Keeps me cold constantly, and in Pain. Also, caused me trouble Breathing causing me chest Pains and my sinuses to constantly Run. Allowing someone to change my Health Summary to Reinstate a Heat Score is on you and constitutes cruel and unusual Punishment. I suffer with Anemia, asthma, Osteoporosis, and sinusitis."

84. On November 16, 2022, Movant went to a Nurse's Sick Call Appointment with Nurse Sheena Worley, RN and informed her, I needed to see Dr. Odal, MD about removing the Heat Score from my Health Summary. Nurses Worley and Garcia started an argument with Movant about whether or not Dr. Odal had changed Movant's Health Summary to cause Movant to leave with Referring Movant to see Dr. Odal.

85. On November 16, 2022, Movant wrote Kenyon Page, Medical Administrator. Allred Unit about the incident on November 16, 2022, during the Nurse's Sick Appointment with Nurse Worley and Garcia. (See Exhibit R)

86. On November 17, 2022, Movant went to a Nurse's Sick Call Appointment with Nurse Sheena Worley, RN and informed her that the cold temperatures in ECB was trice my Vertigo condition. Nurse Worley informed Movant she would Refer Movant to see Dr. Worley.

87. On November 23, 2022, Movant Filed a grievance #2022035313 concerning Dr. Odal's Refusal to schedule Movant an Appointment.

88. On November 23, 2022, Movant went to a Nurse's Sick Call Appointment and found out that Nurse Sheena Worley, RN Refused to Refer Movant to see Dr. Odal. Movant also saw who Movant Believes was a Grievance

88. Investigator in the Exam Room with Dr. Opal. It is Movant's good faith belief that Dr. Opal was deleting or falsifying Movant's Medical Records in some form.

89. On November 28, 2022, Movant Received a Response to Grievance #2022110408 stating: "An investigation has been conducted by the Central Grievance Office. Your need for AC housing is due to a Heat Score. Not Heat Restrictions. The Heat Score is done by a Computer Algorithm and cannot be "Waived". It will be Re-Evaluated Regularly when aspects of your situation change (ie., Medications, health conditions, etc.). You are housed appropriately, And you are still eligible for the same General Population privileges as before. No Further Action Required."

90. On December 6, 2022, Movant wrote Dr. Marcia Opal, MD, Correctional Physician to Request An Appointment About Removing The Heat Score from Movant's Health Summary. Movant did not Receive a Response or An Appointment.

91. On December 7, 2022, Movant Reviewed his Medical Records and found out Joseph M. Eastridge, NPC deleted some Medical Restrictions from Movant's Health Summary because Movant filed a Grievance about this Appointment.

92. On December 9, 2022, Movant filed Grievance #2022041199 About Joseph M. Eastridge, NPC Reinstating Heat Score on Movant's Health Summary in Retaliation for Movant's

92. Refusing to Be treated By him. Also, wrote Kenyon Page, Medical Administrator Requesting an Appointment with Dr. Odul. No Response or NO Appointment.

93. On December 14, 2022, Movant Again wrote Kenyon Page, Medical Administrator, Altred Unit to Request An Appointment with Dr. Odul. No Response or No Appointment.

94. On December 20, 2022, Movant wrote Senior Warden Jimmy S. Smith About the Heat Score, Movants housing Assignment, And The Grievance Office Refusal to File And Process Movant's Grievances.

95. On December 28, 2022, Movant Filed Grievance #2023048487 About Dr. Odul's Refusal to schedule Me An Appointment After I wrote Her a three (3) Page Letter About Medical Problems And Heat Score.

96. On December 31, 2022, Movant went to A Nurse's Sick Call Appointment Nurse Refused to Refer Movant to see Dr. Odul About cold causing Movant's Vertigo condition to Be triggered.

Movant Apologizes to the Court For this Motion Being so lengthy But Asserts the Facts Alleged herein Are Necessary to show that Dr. Lanette Linthicum's Refusal to Exercise her Supervisory Authority is the Proxi-

Mate cause of Movant Being in imminent danger of serious Physical injury By Being denied Adequate Medical care and treatment on the Allred Unit. Also, to show how long Movant has had to suffer with these Medical problems and the refusal of TDCJ Medical Personnel to provide Adequate Medical care and treatment. Movant first, would like to advise the Court that Movant is Not attempting to sue Anyone Assigned to or to Raise Any claims Against Any incident that occurred on the Allred Unit. Movant Asserts these facts to show that Dr. Lanette Linthicum in her supervisory Position has Allowed the Movant to Be denied Adequate Medical care and treatment After Being informed of this denial in thirteen (13) letters, one of which was Restricted delivery certified Mail! See, Thompkins v. Belt, 828 F. 2d 298 (5th Cir. 1987); Lett v. Penner, 439 F. 3d 1091 (9th Cir. 2006); Cladi-Pinto v. Austin, 1044 F. Supp. 2d 654 (W.D. La. 2000). The Allred Unit Medical Personnel Believe Because they are so far Away From Huntsville and they have co-conspirators in the Law Library, Mailroom, And the Grievance Office, they do not have to worry about Movant getting Any Mail Timely to the United States District Court, Wichita Falls Division, or Grievances Being Properly filed And processed, or their actions Being Properly Addressed in Huntsville. Had Dr. Linthicum Ordered An investigation into Movant's complaints, had Movant examined By Another Physician not from the Allred Unit, or ordered Movant, sent to TDCJ Hospital/Galveston for testing And Evaluation

Plaintiff would not have to Resort to Filing this Action.

The Fifth Circuit has only Addressed the imminent danger of serious Physical injury Exception to 28 U.S.C. § 1915(g) in one case: Banos v. O'Guin, 144 F.3d 883 (5th Cir. 1998), Where the Court wrote, " . . . the Plain language of the statute leads us to conclude that a Prisoner with three strikes is Entitled to Proceed with his Action or Appeal only if he is in imminent danger at the time that he seeks to Proceed with his Appeal or or Files a Motion to Proceed in IFP." The Fifth Circuit, nor any of the district courts in this Circuit has EVER decided or held that a Prisoner was in imminent danger of serious Physical injury Because of a denial of Adequate Medical Care. However, other Courts of Appeals and district courts have. See, Almont v. Wisconsin, 2008 WL 2903574 *1 (E.D.Wis. July 24, 2008) (Allegation of untreated infection satisfied Requirement); Gibbs v. Cross, 160 F.3d 962 (3rd Cir. 1998) (imminent danger found where officials Allegedly withheld Medical Assistance to inmate who Became ill After Breathing Particulates Emitted from vent in cell); Fletcher v. Menard Corr. Ctr., 623 F.3d 1171 (7th Cir. 2010) (imminent danger found despite Beating occurring Prior to suit Because untreated wound could Pose danger to serious Physical harm); McAlphin v. Toney, 281 F.3d 709 (8th Cir. 2002) (imminent danger found where officials Allegedly withheld dental care Needed to treat Prisoner's Mouth infection); Andrews v. Cervantes, 493 F.3d 1047 (9th Cir. 2007) (imminent danger found where Alleged lack of Medical Screening Process for New inmates led to inmates infected with contagious diseases); Hunt v. Uphoff,

199 F.3d 1220 (10th Cir. 1999)(imminent danger satisfied by alleged failure to provide adequate medical care for serious conditions). Movant has alleged a denial of adequate medical care for the bacterial infection and the resultant medical problems: discoloration of the skin in Movant's face, head, and arms; acute indigestion where I can't eat meat, eggs, peanut butter, or applesauce without belching, farting, vomiting, or diarrhea immediately; a rash all over Movant's body where Movant grows hair, that Movant can shave off his face only to grow back when the hair does; a crawling, itching, burning sensation all over Movant's body; an old infection in Movant's left ear that has become reinfected that itches and is painful; clogging of Movant's ears daily; sore places in Movant's eyebrows; a burning feeling in Movant's tongue; constant clogging of Movant's sinuses; coughing up black substance from Movant's lungs; a black substance coming off Movant's face when Movant scratches it; a scaly, itchy patch of skin right above Movant's buttocks; constant weight loss; thickening of Movant's saliva, and the same rash in Movant's crotch and anal area that Movant complained about on June 30, 2021. Movant had these same medical problems in 2018, and was treated for them at the Michael E. DeBakey Veterans Administration Medical Center, which makes the medical problems a serious medical need. Movant has also alleged a denial of adequate medical care for Movant's serious medical needs of anemia, asthma, osteoporosis, sinusitis, vertigo, back, and knee pain by TDCJ medical personnel refusing to remove

A Heat Score under the Mistaken Belief that the Court order in Cole v. Collier, Civil Action No. 4:14-cv-01698 Prohibits them when it Aggravated Movant's serious Medical needs. Housing Movant in violation of his serious Medical needs intentionally is a violation of the Eighth Amendment's cruel and unusual Punishment Provisions.

Dr. Lanette Linthicum in her Position as Director of TDCJ Health Services Division could have ordered an investigation into Movant's claims, ordered another Physician not from the Allred Unit to Examine Movant, ordered Movant's transfer to TDCJ Hospital/Galveston for testing and treatment, or simply ordered Movant's Medical Records from the Veterans Administration. Dr. Linthicum has done none of these despite thirteen (13) letters from Movant. In Domino v. Texas Department of Criminal Justice, 239 F.3d 752 (5th Cir. 2001), the Court wrote, "Rather, the Plaintiff Must show that the officials Refused to treat him, ignored his complaints, intentionally treated him incorrectly, or Engaged in similar conduct that would Evince a wanton disregard for an serious Medical need." Movant has shown all of the above.

Movant states that he is only seeking Medical care at this time and Requests Before this Court denies Movant in forma Pauperis status, and dismisses this action; the Court Review the letters to Dr. Lanette Linthicum from the Movant attached to the Motion, Review Movant's TDCJ Medical Records, order a Hearing By teleconference, then order TDCJ to transfer Movant to TDCJ Hospital/Galveston For testing and treatment, also confer with the Judge in Cole v. Collier to determine whether

The Next Score in Movant's Health Summary can Be Removed, the
Movant Allowed to Prosecute this Action.

Wherefore, Premises Considered, Movant Prays that this
honorable Court will grant this Motion in All things.

Respectfully submitted,

L. E. Thompson

Laurence Edward Thompson
TDCJ #408167, Allred Unit
2101 F.M. 369 N
Ioux Park, Texas 76367

I hereby certify that the above and foregoing is true
and correct.

L.E. Thompson

The Honorable Lee H. Rosenthal
Chief Judge
U.S. District Court
Bob Casey U.S. Courthouse
515 Rusk St.
Houston, Texas 77002

United States Courts
Southern District of Texas
F I L E D

JAN 17 2023

Nathan Ochsner, Clerk of Court

Dear Sir/Madam:
      Enclosed Please Find The Original of Motion For
Leave To Proceed In Forma Pauperis For Filing in this court.
Your immediate Attention to this Matter is Requested.


Sincerely,

L. E. Thompson

L.E. Thompson - #408167

